UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ERIK SILSATTANAK, | Case No. 3:24-cv-00185-MMD-CLB |
| --- | --- |
| Plaintiff, | **ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS FOR PRISONERS** |
| v. | |
| STATE OF NEVADA EX REL. NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | [ECF No. 1] |
| Defendants. | |

Plaintiff Erik Silsattanak, a former inmate in the custody of the Nevada Department of Corrections, filed an application to proceed *in forma pauperis* for prisoners. (ECF No. 1.) However, Silsattanak has updated his address, indicating that he is no longer incarcerated. (ECF No. 8.) The Court now directs Silsattanak to file an application to proceed *in forma pauperis* for non-prisoners by **December 27, 2024**, or pay the $405 filing fee in full.

**IT IS THEREFORE ORDERED** that Silsattanak's application to proceed *in forma pauperis* for prisoners (ECF No. 1) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Clerk of Court **WILL SEND** Silsattanak the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

**IT IS FURTHER ORDERED** that, by **December 27, 2024**, Silsattanak will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $405.

**IT IS FURTHER ORDERED** that, if Silsattanak does not timely comply with this order, this case will be subject to dismissal without prejudice.

**DATED**: November 25, 2024.

_____
**UNITED STATES MAGISTRATE JUDGE**