1  AARON D. FORD
   Attorney General
2  DOUGLAS R. RANDS, Bar No. 3572
   Senior Deputy Attorney General
3  State of Nevada
   100 N. Carson Street
4  Carson City, NV 89701-4717
   Tel: (775) 684-1150
5  E-mail: drands@ag.nv.gov

6  *Attorneys for Interested Party*
   *Nevada Department of Corrections*
7

8                  UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10 ERIK SILSATTANAK.,
                                    Case No. 3:24-cv-00185-MMD-CLB
11         Plaintiff,
                                    **ORDER GRANTING**
12 vs.                              **STIPULATION FOR DISMISSAL WITH**
                                    **PREJUDICE**
13 STATE OF NEVADA, et al.

14         Defendants.

15

16     Plaintiff, Erik Silsattanak, in pro se, and Defendants, by and through counsel, Aaron D. Ford,

17 Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General,

18 hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this

19 Court, with each party to bear their own costs.

20 DATED this 31 day of July, 2025.        DATED this 23rd day of July, 2025

21                                          AARON D. FORD
                                            Attorney General
22

23                                          By: */s/ Douglas R. Rands*
   ERIK SILSATTANAK                            DOUGLAS R. RANDS, Bar No. 3572
24 *Plaintiff*                                 Senior Deputy Attorney General
                                               *Attorneys for Interested Party*
25
                                            **IT IS SO ORDERED**
26

27
                                            **UNITED STATES DISTRICT JUDGE**
28
                                            DATED: September 29, 2025